# UNITED STATES DISTRICT COURT
# District of Maine

| | |
|---|---|
| SHANNON L. MORTON, | ) |
| Plaintiff | ) |
| v. | ) Civil No. 05-82-PS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 30, 2005, his Recommended Decision (Docket No. 15). Plaintiff filed her Objection to the Recommended Decision (Docket No. 16) on December 14, 2005. Defendant filed its Response to Objection (Docket No. 17) on December 16, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. The Decision of the Commissioner is AFFIRMED.

SO ORDERED.

                                              /s/ George Z. Singal
                                              Chief U.S. District Judge

Dated this 20th day of December, 2005.